No. 03–5293. SUNDAR v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–5459. BETHEL v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 03–5729. WATTS v. FEDERAL EXPRESS CORP. (two judgments). C. A. 6th Cir. Certiorari denied.

No. 03–5752. LIGHTBOURNE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–6155. KRAUSE v. GEORGE, CHIEF JUSTICE, SUPREME COURT OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–6229. CUSHION v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–6233. ROBINSON v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6237. SIMPSON v. BLUECROSS BLUESHIELD OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 03–6239. ESPARAZA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–6246. MAGEE v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 03–6247. JACKSON v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 03–6251. CUYLER v. GEORGIA ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–6253. CARLISLE v. HERBERT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–6254. CASTILLO v. MANTELLO, SUPERINTENDENT, COXSAKIE CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.